**STATE of Missouri, Respondent,**

v.

**Jonathan Leroy DAVIS, Appellant.**

**No. WD 76752.**

Missouri Court of Appeals, Western District.

Sept. 16, 2014.

Todd T. Smith, for respondent.

Ellen H. Flottman, for appellant.

Before Division Three: GARY D. WITT, Presiding, Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Judge.

### ORDER

PER CURIAM:

Jonathan Davis appeals his conviction of one count of second-degree burglary, § 569.170, challenging the sufficiency of the evidence to support his conviction. Having reviewed the briefs and the record, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).